OPINIONS PER CURIAM, ETC., FROM JUNE 30 TO DECEMBER 20, 1906.

No. 61. PONCE AND GUAYAMA RAILROAD Co. v. GRAU.—Appeal from the District Court of Guayama. Decided June 30, 1906. Withdrawn on motion of appellant. *Mr. Dexter* for appellant.

No. 68. PONCE AND GUAYAMA RAILROAD Co. v. PALMERIERI.—Appeal from the District Court of Guayama. Decided June 30, 1906. Dismissed on motion of appellant. *Mr. Dexter* for appellant.

No. 18. EX PARTE MARTÍN.—Application for writ of *habeas corpus*. Decided August 17, 1906. Petitioner discharged. *Mr. Massari* for petitioner. *Mr. Hutchinson* for The People.

No. 19. EX PARTE ACOSTA.—Application for writ of *habeas corpus*. Decided September 5, 1906. Application denied. *Mr. Pérez Moris* for petitioner. *Mr. Rossy* for The People.

No. 35. CRISTY v. THE BANCO TERRITORIAL Y AGRÍCOLA.—Appeal from the District Court of Mayagüez. Decided October 1, 1906. Motion to dismiss appeal based on the ground that no statement of the case was filed. Motion denied. *Mr. Guzmán Benítez* for appellant. *Mr. Díaz Navarro* for respondent.